UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-02553-SSS-SHKx | Date | May 28, 2025 |
|---|---|---|---|
| Title | *Zhihui Gao v. Kristi Noem, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

On January 26, 2025, the Court directed the parties to file a Joint Status Report no later than May 21, 2025. [Dkt. 11]. Defendants filed a status report on their behalf indicating that Plaintiff received his USCIS adjudication decision but has not dismissed the case. [Dkt. 13]. Plaintiff has failed to file a response. Accordingly, Plaintiff is hereby **ORDERED** to show cause why this case should not be dismissed. Plaintiff is ordered to submit a response to this Order by **June 10, 2025**.

**IT IS SO ORDERED.**